UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re **JOSEPH ANDREW McGINNIS**, Debtor.                    Bankruptcy Case No. 09-02027-AJM-7

-------------------------------------------------------------------------------------------------------------------------

**JULIE McGINNIS**, Plaintiff,

      vs.                                                          Adversary Case No. 09-50366

**JOSEPH McGINNIS**, Defendant.


## MOTION TO REOPEN ADVERSARY PROCEEDING


Creditor and adversary plaintiff Julie McGinnis ("Julie"), by counsel, requests that this Court, should it reinstate Debtor's bankruptcy case as sought by the Debtor herein, accordingly reopen and proceed to decision on her adversary claims.

As the Court is aware, Julie's claims had been fully tried, and were simply awaiting this Court's ruling, at the time Debtor's main bankruptcy case was dismissed.  If the Court should reinstate Debtor's main bankruptcy case (which seems likely, given the Trustee's lack of objection), fairness, justice, and judicial economy all dictate that Julie's adversary proceeding should accordingly be reinstated and decided, particularly given that trial and post-trial briefing have already occurred.

<div style="margin-left: 50%;">

Respectfully submitted,

/s/ **Matthew Foster**
Matthew Foster (16400-49)
matt.foster@ilsi.net

/s/ **Abhishek Chaudhary**
Abhishek Chaudhary (28496-49)
jay.chaudhary@ilsi.net

Indiana Legal Services, Inc.
151 North Delaware Street #1800
Indianapolis, Indiana 46204
Telephone 317-631-9410 / Fax 317-631-9775

Counsel for Julie McGinnis

</div>

<u>CERTIFICATE OF SERVICE</u>

I certify that on November 18, 2010, in addition to notice as provided through the Court's ECF system, a copy of the foregoing was served by first-class, prepaid U.S. mail on the following:

Mark Zuckerberg
Charleyne Gabriel
Law Office of Mark S. Zuckerberg, P.C.
333 North Pennsylvania Street #100
Indianapolis, Indiana 46204

/s/ **Matthew Foster**
Counsel for Julie McGinnis

2